# United States District Court
### Northern District of New York
## CIVIL JUDGMENT

**GARRETT NEWTON**

                  *Plaintiff*

    VS.                    5:06-CV-226 (NPM) (GJD)

**GRANITE PROFESSIONAL & TECHNICAL SERVICES; GENERAL ELECTRIC COMPANY; JEFFREY M. GUYSKY; LYNN G. BRANTON; MAUREEN W. YOUNG; FRANK GOBLE; and GE CONTRACTUAL SERVICES**

                  *Defendants'*

**[X] Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the In forma pauperis application is denied as moot, the motion to appoint counsel is denied as moot and the complaint is dismissed without prejudice.

All of the above pursuant to the Order of the Honorable Senior Judge Neal P. McCurn, dated the 4th day of May, 2006.


MAY 19, 2006                          LAWRENCE K. BAERMAN
_____       _____

**DATE**                                  **CLERK OF COURT**

                                             **s/**
                                          _____

                                          **JOANNE BLESKOSKI**
                                          **DEPUTY CLERK**